4 A.3d 510

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner**

v.

**Sandy Yeh CHANG, Respondent.**

**Misc. Docket AG No. 20, Sept. Term, 2010.**

Court of Appeals of Maryland.

Sept. 9, 2010.

*ORDER*

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of said joint petition and for the reasons set forth herein, it is this 9th day of September, 2010,

ORDERED, that the Respondent, Sandy Yeh Chang, be, and she is hereby, REPRIMANDED.